EXHIBIT AA

ADMINISTRATIVE REMEDY PROCESS

Mr. Tandy initially wrote Case Manager L. King at FCI Estill regarding the absence of his "Earned-Time" credits. Mr. Tandy has since filed an Informal and BP-9. Any further exhaustion would be futile due to a narrow dispute of statutory construction which is exempt from the exhaustion requirement. See Gambino, 134 F.3d at 171 ("exhaustion is not required when the Petitioner demonstrates that it is futile.")

BP-S148.055  INMATE REQUEST TO STAFF  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Unit Team | DATE: 12/10/2020 |
|---|---|
| FROM: Jamaine Tandy | REGISTER NO.: 16256-021 |
| WORK ASSIGNMENT: Camp Warehouse | UNIT: CB/FC |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Pursuant to 18 U.S.C. § 3632(d)(4), prisoners shall earn time credits for participation in evidence-based recidivism reduction programming or productive activities at a rate of 10 days of time credtis for every 30 days of successful participation. Additionally, a prisoner determined by the Bureau of Prisons to be at a minimum or low risk for recidivating, who, over 2 consecutive assessments, has not increased their risk recidivism, shall earn an additional 5 days time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities. A review of my current Case Management Profile indicates that FCI Estill has failed to apply my "Earned Time" credits for "Evidence-Based Recidivism Reduction Training" under the First Step Act, 18 U.S.C. § 3632(d)(4)(A).

(Do not write below this line)

DISPOSITION: Refer to the attached Sentence Computation Data which indicates on 1-09-2020 GCT updated pursuant to First Step Act. Halfway House date 06-16-2021.

Signature Staff Member                           Date  12/10/2020.

Record Copy - File; Copy - Inmate                This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)             and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER

Jamaine Tandy, Reg. No. 16256-021

A review of my programming record indicates that I should be granted credit for:

    (A) CONTINUAL INMATE EMPLOYMENT

*Prison jobs are considered eligible for "EARNED-TIME" credits pursuant to the FSA.

My current release date via (GCT) is June 15, 2022 with a RRC transfer date of June 16, 2021. In light of my extensive participation in this evidence-based recidivism reduction programming, I have earned an entire year off my sentence. As a result, I should be immediately transferred to pre-release custody.

# INFORMAL RESOLUTION DOCUMENTATION FORM

Inmates and staff are required to attempt an informal resolution of all complaints/requests prior to the filing of an administrative remedy.

An inmate with a valid complaint must complete the first three sections below and submit this form to his correctional counselor. Only <u>ONE</u> request per form.

Inmate Name: Jermaine Tandy     Reg. No. 16256-021     Unit: CB/FC

Date Form Issued to Inmate: 12/18/2020     Date Received From Inmate: 12-21-2020

## SECTION I: INMATE COMPLAINT/ACTION:

1. Nature of complaint/request - include date of incident: FCI Estill has failed to apply my "Earned-Time" credits pursuant to the First Step Act. As noted, the "FSA" allows prisoners to earn time credit for programming towards their sentence.

2. Relief requested - state briefly: FCI Estill should immediately apply 365 days of earned time credit towards my sentence.

3. Efforts made to resolve the problem (include contacts with staff, written cop-outs, etc.): A request was made to Unit Team regarding this matter.

## SECTION II: Staff Action:     Informally Resolved ( )     Unable To Resolve (✓)

**COUNSELOR'S COMMENTS** (Include efforts to resolve informally):
Your request to be reviewed for FSA Federal Time Credits (FTC) for participation in Evidence-Based Recidivism Reduction (EBRR) and Productive Activities (PA) Programming Pursuant to 18 U.S.C. 8326(4) has been noted. If you have enrolled in either an EBRR or PA on/after January 2020 your FTC's are currently accruing and will be calculated.

BP-9 Issued: Yes (✓)     Date: 12/22/2020     No ( )     Issue: _____

_K. ___ 12/22/2020_     _[signature] 12-22-2020_
Counselor's Signature/Date     Unit Manager's Signature/Date

*THIS INFORMAL RESOLUTION FORM MUST BE ATTACHED TO THE BP-9

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Tandy, Jermaine | 16256-021 | CB/FC | FPC ESTILL |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A— INMATE REQUEST** FCI Estill has failed to apply Mr. Tandy's earned time credits for evidence-based recidivism reduction programming under the First Step Act, 18 U.S.C. § 3632(d)(4)(A), a recently enacted statute aimed at assisting prisoners' reintegration into society. Due to Mr. Tandy's programming record he has earned at minimum 365 days.

The absence of Mr. Tandy's earned time credits are impacting the duration of his confinement. "The First Step Act, Pub. L. No. 115-015, 132 Stat. 015 (2018), provides comprehensive criminal justice reform by inter alia, creating a new risk and needs assessment system to provide appropriate programming for prisoners..." Musgrove v. Ortiz, No. CV-19-5222(NLH), 2019 WL 2249563, at *2 (D.N.J. May 24, 2019). FCI Estill should immediately apply Mr. Tandy's earned time credit of 365 days without further delay.

12-29-20
DATE

SIGNATURE OF REQUESTER

**Part B— RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                   CASE NUMBER: _____

_____
                                                             CASE NUMBER: _____

**Part C— RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT        INSTITUTION

EXHIBIT AB

PROGRAM REVIEW AND PARTICIPATION LOG
JERMAINE TANDY 16256-021

```
ESTEO  531.01  *            INMATE HISTORY           *    12-18-2020
PAGE 001 OF 001 *            WRK DETAIL              *    15:00:25

REG NO..: 16256-021 NAME....: TANDY, JERMAINE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL  ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
EST  COMMISSARY MO/TU/WE 6AM-3PM; TH 11AM-8PM 05-04-2020 1546 CURRENT
EST  C WHSE CLK  CAMP WAREHOUSE CLERK         11-13-2019 1055 05-04-2020 1546
EST  UNASSIGNED A&O COMPLETE/UNASSIGNED       11-12-2019 1515 11-13-2019 1055
EST  SHU WORK    SPECIAL HOUSING WORK ASSG    10-24-2019 1659 11-12-2019 1515
EST  C WHSE CLK  CAMP WAREHOUSE CLERK         11-03-2017 0001 10-24-2019 1659
EST  C REC PM    REC ORD 12:30P - 8:30P       01-13-2017 1335 11-03-2017 0001
EST  C A&O       CAMP ADMISSION & ORIENTATION 12-28-2016 0943 01-13-2017 1335
ATL  DCU UNASSG DETENTION CENTER UNASSIGNED   12-22-2016 1702 12-28-2016 0349
LEX  ACCT PAY 2 ACCOUNTS PAYABLE 2            05-14-2016 0001 12-22-2016 1020
LEX  VACATION   VACATION                      05-13-2016 0001 05-14-2016 0001
LEX  ACCT PAY 2 ACCOUNTS PAYABLE 2            03-12-2016 0001 05-13-2016 0001
LEX  VACATION   VACATION                      03-11-2016 0001 03-12-2016 0001
LEX  ACCT PAY 2 ACCOUNTS PAYABLE 2            01-01-2016 0001 03-11-2016 0001
LEX  VACATION   VACATION                      12-31-2015 0001 01-01-2016 0001
LEX  ACCT PAY 2 ACCOUNTS PAYABLE 2            07-14-2015 0001 12-31-2015 0001
LEX  VACATION   VACATION                      07-10-2015 0001 07-14-2015 0001
LEX  ACCT PAY 2 ACCOUNTS PAYABLE 2            01-03-2015 0001 07-10-2015 0001
LEX  VACATION   VACATION                      01-02-2015 0001 01-03-2015 0001
LEX  ACCT PAY 2 ACCOUNTS PAYABLE 2            01-01-2015 0001 01-02-2015 0001
LEX  VACATION   VACATION                      12-31-2014 0001 01-01-2015 0001
LEX  ACCT PAY 2 ACCOUNTS PAYABLE 2            09-16-2014 0001 12-31-2014 0001
LEX  VACATION   VACATION                      09-12-2014 0001 09-16-2014 0001
LEX  ACCT PAY 2 ACCOUNTS PAYABLE 2            08-26-2014 0001 09-12-2014 0001
LEX  ACCT PAY 1 ACCOUNTS PAYABLE 1            08-23-2014 0001 08-26-2014 0001
LEX  ACCT REC   ACCOUNTS RECEIVABLE (878)     07-15-2014 0001 08-23-2014 0001
LEX  VACATION   VACATION                      07-11-2014 0001 07-15-2014 0001
LEX  ACCT REC   ACCOUNTS RECEIVABLE (878)     01-04-2014 0001 07-11-2014 0001
LEX  VACATION   VACATION                      01-02-2014 0001 01-04-2014 0001
LEX  ACCT REC   ACCOUNTS RECEIVABLE (878)     08-14-2013 0001 01-02-2014 0001
LEX  DIN RM PM  DINING ROOM PM (294)          07-21-2013 0001 08-14-2013 0001
LEX  VACATION   VACATION                      07-16-2013 0001 07-21-2013 0001
LEX  DIN RM PM  DINING ROOM PM (294)          06-26-2012 0001 07-16-2013 0001
LEX  F/S        FOOD SERVICE GENERAL (292)    06-25-2012 0001 06-26-2012 0001
LEX  PEND MED   INMATES WAITING JOB CLEARANCE 06-07-2012 0001 06-25-2012 0001
LEX  A/O        ADMISS & ORIENTATION PGM #5514 06-05-2012 0001 06-07-2012 0001
LEX  DETENTION  INMATES HOUSED IN SHU         05-24-2012 2134 06-05-2012 0001
LEX  A/O        ADMISS & ORIENTATION PGM #5514 05-24-2012 1442 05-24-2012 2134
OKL  UNASSG     UNASSIGNED HOLDOVER           05-22-2012 1715 05-24-2012 0740


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
ESTBQ  540*23  *           SENTENCE MONITORING        *    12-10-2020
PAGE 002 OF 002 *            COMPUTATION DATA          *    16:03:22
                             AS OF 12-10-2020

REGNO..: 16256-021  NAME: TANDY, JERMAINE


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-09-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-15-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-09-2012
TOTAL TERM IN EFFECT............:    168 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     14 YEARS
EARLIEST DATE OF OFFENSE........: 07-31-2010

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    03-10-2010   03-11-2010
                                    07-14-2010   05-08-2012

TOTAL PRIOR CREDIT TIME.........: 667
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 756
TOTAL GCT EARNED................: 540
STATUTORY RELEASE DATE PROJECTED: 06-15-2022
ELDERLY OFFENDER TWO THIRDS DATE: 11-10-2019
EXPIRATION FULL TERM DATE.......: 07-10-2024
TIME SERVED.....................:     10 YEARS      4 MONTHS     29 DAYS
PERCENTAGE OF FULL TERM SERVED..:   74.4
PERCENT OF STATUTORY TERM SERVED:   87.3

PROJECTED SATISFACTION DATE.....: 06-15-2022
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 6/30/15;DGA REDUCTION 18:3582 EFFECTIVE 11/1/15.K/JKC
                01-09-2020 GCT UPDATED PURSUANT FSA-K/ATL.




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
   ESTBQ   540*23  *          SENTENCE MONITORING          *    12-10-2020
   PAGE 001         *           COMPUTATION DATA            *    16:03:22
                                 AS OF 12-10-2020

   REGNO..: 16256-021 NAME: TANDY, JERMAINE


    FBI NO............: 80330VB6            DATE OF BIRTH: 07-14-1982  AGE:  38
    ARS1..............: EST/A-DES
    UNIT..............: UNT F               QUARTERS.....: C03-316L
    DETAINERS.........: NO                  NOTIFICATIONS: NO

   HOME DETENTION ELIGIBILITY DATE: 12-15-2021

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
   THE INMATE IS PROJECTED FOR RELEASE:  06-15-2022 VIA GCT REL


   ------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

   COURT OF JURISDICTION............: GEORGIA, SOUTHERN
   DOCKET NUMBER....................: CR410-00159-020
   JUDGE............................: EDENFIELD
   DATE SENTENCED/PROBATION IMPOSED: 05-09-2012
   DATE COMMITTED...................: 05-24-2012
   HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED................: NO

                    FELONY ASSESS    MISDMNR ASSESS    FINES          COSTS
   NON-COMMITTED.:  $100.00          $00.00            $17,500.00     $00.00

   RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

   ------------------------CURRENT OBLIGATION NO: 010 ------------------------
   OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
   OFF/CHG: 21:846 CTPWITD AND DISTRIBUTE, CONTROLLED SUBSTANCE (100 KGMS
            OR MORE OF MARIHUANA)

    SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:   210 MONTHS
    TERM OF SUPERVISION.............:    5 YEARS
    NEW SENTENCE IMPOSED............:   168 MONTHS
    BASIS FOR CHANGE................: USSG DRG QNTTY DCSN 11-01-2014
    DATE OF OFFENSE.................: 07-31-2010




   G0002        MORE PAGES TO FOLLOW . . .
```

EXHIBIT AC

## MALE PATTERN SCORE

Mr. Tandy has been scored consecutively as being __LOW__ risk for recidivism. This establishes he is entitled to 15 days earned time credit per 30 days of EBRR Programming.

## MALE PATTERN RISK SCORING

| Register Number: | 16256-021 | Date: | 11/9/2020 |
|---|---|---|---|
| Inmate Name: | TANDY | JERMAINE | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age<br>30-40<br>Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | 21 | 0 | 12 |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction<br>No | No | 0 | 0 | 0 | 0 |
| | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN)<br>No | No | 0 | 0 | 0 | 0 |
| | Yes | 5 | | 5 | |
| 4. Criminal History Points<br>4-6 Points | 0 - 1 Points | 0 | 16 | 0 | 8 |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes<br>None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence<br>None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score<br>HS Degree / GED | Not Enrolled | 0 | -4 | 0 | -2 |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status<br>NRDAP Complete | No DAP Completed | 0 | -3 | 0 | -1 |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months)<br>0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | >2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months)<br>0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | >2 | 6 | | 6 | |
| 11. Time Since Last Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| 13. FRP Refuse<br>NO | NO | 0 | 0 | 0 | 0 |
| | YES | 1 | | 1 | |
| 14. Programs Completed<br>4-10 | 0 | 0 | -6 | 0 | -3 |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs<br>0 Programs | 0 Programs | 0 | 0 | 0 | 0 |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | 24 | Violent: | 14 |
| General/Violent Risk Levels | | General: | Low | Violent: | Low |
| OVERALL MALE PATTERN RISK LEVEL | | | | | Low |

EXHIBIT AD

## DECLARATION OF JERMAINE TANDY

I, Jermaine Tandy, am over the age 18 and fully competent to make the following declaration:

1) I am currently incarcerated at Federal Correctional Institution Estill ("FCI ESTILL"), in Unit CB. My Federal Bureau of Prisons Register Number is 16256-021.
2) Since December 21, 2018, I have participated in the following Evidence-Based Recidivism Reduction Training:

    (A) CONTINUAL INMATE EMPLOYMENT (CAMP COMMISSARY / WAREHOUSE CLERK)
3) I am eligible for earned time credits under the First Step Act.
4) The Unit Team assigned Programming Activities for me at Unit Team.
5) The assignments by Unit Team meet the requirements.
6) I have earned enough credit to reduce my sentence by 365 days and for immediate transfer to pre-release custody to include an RRC or home confinement for the maximum period authorized by the "FSA".
7) If my days of credit are applied upon program completion, under 18 U.S.C. § 3632(d)(4), 3635, I should have been released by now.
8) FCI Estill staff are attempting to obstruct my Administrative Remedy Rights by responding late and misrepresenting the facts. Thus, keeping me from pursuing my liberty interests in this matter.

I declare under the penalty of perjury that the foregoing is true and correct.

/s/ _____
JERMAINE TANDY