IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jermaine Tandy, | ) | C/A No. 6:21-cv-141-SAL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Stevie Knight, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Kevin F. McDonald (the "Report"), recommending dismissal of the petition for lack of prosecution pursuant to Rule 41(b), FRCP. [ECF No. 19.] Attached to the Report is a Notice of Right to File Objections. *Id.* at p.4. No party filed objections to the Report, and the time for filing objections has lapsed.

    The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been *specifically* objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

    After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, and

1

incorporates the Report, ECF No. 19, by reference herein. Accordingly, the petition is **DISMISSED** for failure to prosecute in accordance with Rule 41(b), FRCP. In light of this ruling, the pending motion, ECF No. 13, is terminated as **MOOT**.

   **IT IS SO ORDERED.**

/s/ Sherri A. Lydon<br>United States District Judge

August 30, 2021  
Florence, South Carolina